# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTONIO GARCIA ELLIS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> WILLIAM "CHRIS" RANKINS, ) <br> *et al.*, ) <br> ) <br> Respondents. ) | Case No. CIV-22-00406-PRW |

## ORDER

On October 21, 2022, the late United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation (Dkt. 19) recommending denial of Respondent Rankins's Motion to Dismiss 28 U.S.C. § 2254 Habeas Corpus as Untimely (Dkt. 13). The Report and Recommendation concluded that Petitioner Ellis's habeas petition was timely under the Antiterrorism and Effective Death Penalty Act ("AEDPA"). On November 7, 2022, Respondent filed his Objection to the Report and Recommendation and Brief in Support (Dkt. 21). Having reviewed the Report and Recommendation and Respondent's objection *de novo*, the Court agrees with the Report and Recommendation's reasoning and conclusions. Accordingly, the Court **ADOPTS** the Report and Recommendation (Dkt. 19) in full and **DENIES** Respondent's Motion to Dismiss 28 U.S.C. § 2254 Habeas Corpus as Untimely (Dkt. 13).

**IT IS SO ORDERED** this 16th day of January 2024.

```
                                    _____
                                    PATRICK R. WYRICK
                                    UNITED STATES DISTRICT JUDGE
```